UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

SHARI NOVICK, as Attorney in fact for JEAN METCALF,

CIVIL CASE NO: 7:21-CV-08702

Plaintiff,

-against-

ATRIA SENIOR LIVING and METHODIST HOME FOR NURSING AND REHABILITATION,

Defendants.
------------------------------------------------------------------- X

**[PROPOSED]**
**ORDER REGARDING REMAND**

Upon consideration of the Joint Letter Regarding Remand filed by the parties, the Court hereby orders that this lawsuit is remanded to the Supreme Court of the State New York, Bronx County, with the parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 3, 2021

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**